R# 286713

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED VIA MAIL

IN RE:
ALVARO FRANCISCO ZAVALA
PATRICIA MARRERO-ZAVALA

CASE NO. 06-10857-BKC-

JUL 26 2010

CHAPTER 13   U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 271.42 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:
ALVARO FRANCISCO ZAVALA
PATRICIA MARRERO ZAVALA
14065 S.W. 120 COURT
MIAMI, FL 33186

PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125

REGIONS BANK
POB 5139
MONTGOMERY, AL 36102

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
ALVARO FRANCISCO ZAVALA          CASE NO.  06-10857-BKC-
PATRICIA MARRERO-ZAVALA

                                 CHAPTER 13

ALVARO FRANCISCO ZAVALA
PATRICIA MARRERO-ZAVALA
14065 S.W. 120 COURT
MIAMI, FL 33186


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


REGIONS BANK
POB 5149                         ---------$         271.42
MONTGOMERY, AL 36102


U.S. Trustee                              **UNDELIVERABLE/STALE**
51 S.W. 1st Avenue                        **CLAIM REGISTER#** 11
Miami, Florida 33130